UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

MARSHA CROWLEY

VS.                                                                 C.A. NO. CA12-25S

KINDRED NURSING CENTERS EAST,
LLC D/B/A KINDRED TRANSITIONAL
CARE AND REHABILITATION - OAK
HILL & JOHN DOES

## STIPULATION

All claims and causes of action may be and hereby are dismissed with prejudice, no interest and no costs to any party, with all rights of appeal, if any, waived.

AGREED AND ASSENTED TO:

| DEFENDANT | PLAINTIFF |
|---|---|
| KINDRED NURSING CENTERS EAST, LLC D/B/A KINDRED TRANSITIONAL CARE AND REHABILITATION – OAK HILL | MARSHA CROWLEY |
| By Its Attorneys, | By her Attorney, |

R/Kelly Sheridan  (#1976)
John D. Plummer (#7445)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI   02903
401-521-7000   FAX 401-521-1328
ksheridan@rcfp.com
jplummer@rcfp.com

Date: 7/3/12

Carl S. Levin, Esq. (#3336)
Gilstein, Kinder & Levin, LLP
300 Metro Center Boulevard
Suite 150A
Warwick, RI 02886
401-751-1500   FAX 401-739-1932
clevin@gklfirm.com

Date: 7-3-12

JDP:jdp
4172-9 (653431)
6/26/2012